# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JESSE COOLEY, JR.,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION NO. 05-00089-WS-C |
| **ALABAMA DEPT. OF MENTAL HEALTH and MENTAL RETARDATION,** | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(A) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** and **ORDERED** this 19th day of October, 2005.

                                                  s/WILLIAM H. STEELE
                                                  UNITED STATES DISTRICT JUDGE