# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JESSE COOLEY, JR.,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION NO. 05-00089-WS-C** |
| **ALABAMA DEPT. OF MENTAL HEALTH and MENTAL RETARDATION,** | : |
| Defendant. | : |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that t this action be and is hereby **DISMISSED** with prejudice, prior to service of process, as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** and **ORDERED** this 19th day of October, 2005.

                                                     s/WILLIAM H. STEELE
                                                    UNITED STATES DISTRICT JUDGE